# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1619

_____

United States of America,              *
                                   *

        Appellee,           *
                                   *   Appeal from the United States

     v.                    *   District Court for the
                                   *   District of Nebraska.

Thomas Dewayne Ross, also known as  *
Thomas Dwayne Ross, also known as   *   [UNPUBLISHED]
Dewayne Ross, also known as Wayne,   *
                                   *

        Appellant.          *

_____

Submitted: December 12, 2011
Filed: February 15, 2012

_____

Before WOLLMAN, MELLOY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

      Thomas Ross appeals the 120-month sentence the district court[1] imposed after granting the government's motion to reduce his sentence pursuant to Federal Rule of Criminal Procedure 35(b). He argues that the extent of the district court's reduction did not adequately reflect his assistance to the government. This court lacks jurisdiction under 18 U.S.C. § 3742(a) to consider such a challenge to the district

_____

    [1]The Honorable Richard Kopf, United States District Judge for the District of Nebraska.

court's ruling on a Rule 35(b) motion.  *United States v. Haskins*, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam); *United States v. Coppedge*, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam).  Accordingly, the appeal is dismissed.

_____